Monte J. White and Associates
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| In Re: | § | Chapter 13 |
| | § | Case No. 19-70196-HDH-13 |
| Stephen Brant Peterson, Jr | § | |
| and Kristy Kay Peterson | § | |
| DEBTORS | § | |
| | § | |

## MOTION FOR EXPEDITED HEARING

1.  Stephen Brant Peterson, Jr and Kristy Kay Peterson hereby request that a hearing be set regarding the Debtors' Motion to Extend Automatic Stay not later than 08/14/2019. Hearing by such date is necessary due to the 30-day deadline for the motion to be heard.

2.  A hearing was not requested earlier because the case was not filed until 07/25/2019.

3.  Notice of proposed expedited hearing will be provided to all interested parties on the mailing matrix by Debtors and will be sufficient because Notice can be made immediately by ECF and/or regular mail

Respectfully submitted,

/s/Monte J. White
Attorney for Debtors

### CERTIFICATE OF CONFERENCE

On 07/25/2019, the office of Monte J. White & Associates, P.C. contacted Marc McBeath, counsel for the Chapter 13 Trustee, who does not oppose the Motion for Setting and Request for Expedited Hearing.

/s/Monte J. White, Attorney for Debtors

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 07/25/2019, a true and correct copy of the Motion for Setting and Request for Expedited Hearing was served on all parties on the mailing matrix by ECF and/or regular mail.

/s/Monte J. White, Attorney for Debtors