Monte J. White and Associates
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Stephen Brant Peterson, Jr | § | CASE NO. 19-70196-HDH-13 |
| AND | § | |
| Kristy Kay Peterson | § | Hearing on 08/14/2019 |
| DEBTORS | § | 10:00 A.M. |

NOTICE OF HEARING ON
DEBTORS' MOTION TO EXTEND AUTOMATIC STAY

COME NOW Stephen Brant Peterson, Jr and wife, Kristy Kay Peterson, Debtors, and file this Notice of Hearing. Attorney for Debtors hereby notifies that hearing on Debtors' Motion to Extend Automatic Stay is set before the Honorable Judge Harlin D. Hale, at 10:00 A.M., 08/14/2019, in the United States Bankruptcy Court, Room 222, 1000 Lamar, Wichita Falls, Texas 76301. A pre-hearing conference will be held at 8:30 A.M., on the same date at the same location.

Respectfully submitted,

/s/Monte J. White
Attorney for Debtors

CERTIFICATE OF SERVICE

The undersigned hereby certified that on July 26, 2019, a true and correct copy of the foregoing was served on all parties in interest on the mailing matrix by ECF and/or regular mail:

/s/Monte J. White,
Attorney for Debtors